**STATE of Missouri, Respondent,**

v.

**Wendell MILLER, Appellant.**

**No. ED 104025**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

FILED: May 23, 2017

FOR APPELLANT: Randall G. Brachman, 1010 Phillip D.et Street, Suite 1100, St. Louis, MO 63101.

FOR RESPONDENT: JOSHUA D. HAWLEY, Dora A. Fichter, P.O. Box 899, Jefferson City, Missouri 65102.

Before Mary K. Hoff, P.J., Roy L. Richter, J., and Lisa P. Page, J.

## ORDER

PER CURIAM

Wendell Miller ("Appellant") appeals from the judgment, convicting him of possession of a controlled substance, in violation of Section 195.202, RSMo. Cum. Supp. 2011. He was sentenced as a prior and persistent drug offender pursuant to Section 195.275, RSMo. 2000, to 12 years of imprisonment in the Missouri Department of Corrections. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).